**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Action No. 05-cr-00431-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DESTRY ROCKY PATTERSON,
      a/k/a Michael Castillo,
      a/k/a Windsoldier Patterson,
      a/k/a Eddie Arguello,
      a/k/a Lillowdown Patterson,

      Defendant.

_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


This will confirm that a modification hearing regarding Defendant Patterson is set **Monday, November 2, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




DATED: October 20, 2009
_____