**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  05-cr-00431-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     1. DESTRY ROCKY PATTERSON,
      a/k/a Michael Castillo,
      a/k/a Windsoldier Patterson,
      a/k/a Eddie Arguello,
      a/k/a Lillowdown Patterson,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a violation of supervised release hearing is set **Thursday, January 28, 2010 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




DATED: December 30, 2009

---