# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  05-cr-00431-LTB-01 |
| | USM Number:  33874-013 |
| DESTRY ROCKY PATTERSON<br>  aka Michael Castillo<br>    aka Windsoldier Patterson<br>  aka Eddie Arguello<br>  aka Lillowdown Patterson | Virginia Grady, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to Report as Directed | 10/27/2009 |
| 2 | Failure to Submit Written Reports | 10/31/2009 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 28, 2010
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

February 2, 2010
Date

DEFENDANT:  DESTRY ROCKY PATTERSON
CASE NUMBER:  05-cr-00431-LTB-01                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Work Regularly | 03/06/09 |
| 4 | Failure to Notify Officer of Change of Address | 06/29/09 |
| 5 | Possession and Use of a Controlled Substance | 11/24/09 |
| 6 | Failure to Pay Fine/Restitution as Directed | 12/04/09 |
| 7 | Failure to Participate in Dual Diagnosis Treatment | 09/10/09 |
| 8 | Failure to Participate in Drug Testing as Directed | 09/16/09 |
| 9 | Failure to Comply with Rules of the Residential Reentry Center | 12/02/09 |

DEFENDANT:  DESTRY ROCKY PATTERSON
CASE NUMBER:  05-cr-00431-LTB-01                                                               Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirteen (13) months.

The Court recommends that the Bureau of Prisons credit defendant with 52 days presentence confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal